JPML FORM 1A

# DOCKET ENTRIES

## JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

DOCKET NO. 396 -- IN RE GASOLINE LESSEE DEALERS ANTITRUST LITIGATION

| Date | Ref. | Pleading Description |
|---|---|---|
| 8/2/79 | 1 | MOTION, BRIEF, SCHEDULE OF ACTIONS, EXHIBITS AND CERTIFICATE OF SERVICE -- Defendant Mobil Oil Corp. SUGGESTED TRANSFEREE DISTRICT: E.D. Pennsylvania SUGGESTED TRANSFEREE JUDGE: (cds) |
| 8/10/79 | | HEARING ORDER -- Setting A-1 through A-8 for hearing in the Northern District of Illinois on September 18, 1979 (cs) |
| 8/10/79 | 2 | REQUEST FOR EXTENSION OF TIME -- Plaintiffs in six cases pending in W.D.Mo. -- granted to and including 8/27/79 ALSO REQUESTED EXTENSION OF TIME FOR DEFENDANT MOBIL OIL TO REPLY TO PLAINTIFFS RESPONSE -- Granted to and including September 7, 1979 (cds) |
| 8/13/79 | | APPEARANCE -- Joseph P. Foley for Def. Texaco Inc.; Barbara W. Mather for Sun Oil Company of Penn.; Ralph W. Brenner for Phillips Petroleum Co.; Sanford M. Litvack for Mobil Oil Corp.; Hoyt H. Harmon for Gulf Oil Corp.; C. Lansing Hays for Getty Oil Co.; Benjamin M. Quigg for Exxon Corp.; Henry H. Janssen for Cities Service Oil Co.; George P. Williams for B.P. Oil Inc. and Union Oil Co. of California; George P. Williams, III for Chevron U.S.A. Inc.; Charles I. Thompson for Atlantic Richfield Co.; Jeffrey J. Kennedy for Amoco Oil Company; Adlai S. Hardin for Amerada Hess Corp.; David Berger for Pltfs. Paul J. Bogosian and Louis J. Parisi; William H. Pickett for Harold Rice; James R. Wyrsch for Bob S. Ford; and George M. Bock for Terry Smith, James C. Higgins, William M. Page and Williams and Gaines, Inc. (emh) |
| 8/14/79 | | APPEARANCE -- William Simon for Shell Oil Co. (emh) |
| 8/15/79 | 3 | REQUEST FOR EXTENSION OF TIME -- Defendant Exxon Corp. -- Granted to and including August 27, 1979 (cds) |
| 8/17/79 | 4 | REQUEST FOR EXTENSION OF TIME -- Plaintiffs Bogosian & Parisi -- GRANTED TO AND INCLUDING August 27, 1979 (cds) |
| 8/27/79 | 5 | LETTER-- Plaintiffs Smith, Higgins, Page, Williams and Gaines Request to File Exhibits that do not conform to Panel Rules -- GRANTED |
| 8/27/79 | 6 | RESPONSE -- Plaintiffs Smith, Higgins, Page, Williams and Gaines w/Brief and Cert. of Service and Exhibits (rew) |
| 8/27/79 | 7 | RESPONSE, BRIEF -- Plaintiffs Bogosian -- w/cert. of serv.(cs |
| 8/27/79 | 8 | RESPONSE -- Various Defendants in E.Pa. actions (A-7 & A-8) -- w/cert. of service (cds) |

JPML FORM 1A - Continuation                                        DOCKET ENTRIES -- p._____

DOCKET NO. ___ -- _____

| Date | Ref | Pleading Description |
|---|---|---|
| 9/4/79 | 9 | REQUEST FOR EXTENSION OF TIME TO FILE REPLY -- Mobil Oil Corp. -- GRANTED to and including 9/11/79  (emh) |
| 9/11/79 | 10 | REPLY -- Mobil Oil Corp. w/cert. of service |
| 9/11/79 |  | HEARING APPEARANCES:  SANFORD LITVACK, ESQ. FOR Mobil Oil Corp.;  GEORGE WILLIAMS, ESQ. FOR BP Oil Inc., Chevron U.S.A. Inc., Union Oil Co. of Cal.;  DAVID BERGER, ESQ. FOR Bogosian, et al.;  GEORGE M. BOCK, ESQ. FOR Terry Smith, etc., James Higgins, William Page, William and Gaines, Inc.;  JAMES WYRSCH, ESQ. FOR Bob Ford  (cds) |
| 9/13/79 |  | WAIVERS OF ORAL ARGUMENT:  Exxon Corp.;  Ammoco Oil Co.; Shell Oil Co.;  Atlantic Richfield Co.;  Cities Service Co.;  Sun Oil Co. of Pa.;  Texaco Inc.;  Phillips Petroleum Co.  (cds) |
| 10/19/79 |  | OPINION AND ORDER -- Denying transfer of litigation under 28 U.S.C. §1407 for pretrial proceedings. (ea) |

JPML Form 1

Revised: 8/78

DOCKET NO. 396 -- JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

CAPTION: IN RE GASOLINE LESSEE DEALERS ANTITRUST LITIGATION

## SUMMARY OF LITIGATION

| Hearing Dates | Orders | | | Transferee | | |
|---|---|---|---|---|---|---|
| 9/18/79 | Dates Filed | Type | Citation | District | Name of Judge | Assigned From |
| | 10/19/79 | O & O Denied | 479 F Supp 578 | | | |

Special Transferee Information

DATE CLOSED: _____

JPML FORM 1

LISTING OF INVOLVED ACTIONS

DOCKET NO. 396 -- IN RE GASOLINE LESSEE DEALERS ANTITRUST LITIGATION

| Intra-Office Number | Caption | District and Judge | Civil Action Number | Transfer Date | Transferee Docket Number | Date of Dismissal or Remand | Misc. |
|---|---|---|---|---|---|---|---|
| A-1 | Terry Smith, etc. v. Mobil Oil Corporation | W.D.Mo. Becker | 74CV585-W-4 | | | | |
| A-2 | James C. Higgins v. Mobil Oil Corporation | W.D.Mo. Becker | 75CV398-W-3 | | | | |
| A-3 | William M. Page v. Mobil Oil Corporation | W.D.Mo. Becker | 75CV399-W-2 | | | | |
| A-4 | Williams and Gaines, Inc. v. Mobil Oil Corporation | W.D.Mo. Becker | 75CV682-W-4 | | | | |
| A-5 | Bob S. Ford, etc. v. Mobil Oil Corporation | W.D.Mo. Becker | 73CV289-W-3 | | | | |
| A-6 | Harold Rice v. Mobil Oil Corporation | W.D.Mo. Becker | 76CV469-W-4 | | | | |
| A-7 | Paul J. Bogosian, etc. v. Gulf Oil Corporation, et al. | E.D.Pa. Van Artsdalen | 71-1137 | | | | |
| A-8 | Louis J. Parisi, etc. v. Gulf Oil Corporation, et al. | E.D.Pa. Van Artsdalen | 71-2543 | | | | |

JPML Form 4

ATTORNEY SERVICE LIST
JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

DOCKET NO. 396 -- IN RE GASOLINE LESSEE DEALERS ANTITRUST LITIGATION

---

TERRY SMITH, ETC. (A-1)
JAMES C. HIGGINS (A-2)
WILLIAM M. PAGE (A-3)
WILLIAMS AND GAINES, INC. (A-4)
George M. Bock, Esq.
127 W. 10th Street, Suite 500
Kansas City, Missouri  64105

BOB S. FORD, ETC. (A-5)
James R. Wyrsch, Esq.
Koenigsdorf, Kusnetzky & Wyrsch
1006 Grand Ave., Suite 1050
Kansas City, Missouri  64106

HAROLD RICE (A-6)
William H. Pickett, P.C.
1413 Traders Bank Building
1125 Grand Avenue
Kansas City, Missouri  64106

PAUL J. BOGOSIAN (A-7)
LOUIS J. PARISI (A-8)
David Berger, Esq.
Berger & Montague, P.C.
1622 Locust Street
Philadelphia, Pennsylvania  19103

AMERADA HESS CORP.
Adlai S. Hardin, Jr., Esq.
Milbank, Tweed, Hadley & McCloy
1 Chase Manhattan Plaza
New York, New York  10005

AMOCO OIL COMPANY
Jeffrey J. Kennedy, Esq.
Kirkland & Ellis
200 E. Randolph Drive
Chicago, Illinois  60601

ATLANTIC RICHFIELD CO.
Charles I. Thompson, Jr.
Ballard, Spahr, Andrews & Ingersoll
30 South 17th Street
Philadelphia, PA  19103

BP OIL INC.
UNION OIL CO. OF CALIF.
CHEVRON U.S.A. INC.
George P. Williams, III, Esq.
Schnader, Harrison, Segal & Lewis
1719 Packard Building
Philadelphia, PA  19102

CITIES SERVICE OIL CO.
~~Henry H. Janssen, Esq.~~
Rawle & Henderson
2100 Packard Building
Philadelphia, PA  19102

EXXON CORPORATION
Benjamin M. Quigg, Jr.
Morgan, Lewis & Bockius
2300 The Fidelity Building
123 South Broad Street
Philadelphia, PA  19109

JPML FORM 4A -- Continuation

Panel Attorney Service List -- p. _____

DOCKET NO. 396 -- _____

---

GETTY OIL COMPANY
C. Lansing Hays, Jr., Esq.
Hays & Landsman
Eleven Broadway
New York, N.Y.   10004

GULF OIL CORPORATION
Hoyt H. Harmon, Esq.
No. 1 Presidential Boulevard
Bala Cynwyd, PA   19004

MOBIL OIL CORPORATION
Sanford M. Litvack, Esq.
Donovan Leisure Newton & Irvine
30 Rockefeller Plaza
New York, N.Y.   10020

PHILLIPS PETROLEUM CO.
Ralph W. Brenner, Esq.
Montgomery, McCracken, Walker & Rhoads
Three Parkway, 20th Floor
Philadelphia, PA   19102

SUN OIL CO. OF PENNSYLVANIA
Barbara W. Mather, Esq.
Pepper, Hamilton & Scheetz
2001 The Fidelity Building
Philadelphia, PA   19109

TEXACO INC.
Joseph P. Foley, Esq.
2000 Westchester Avenue
White Plains, New York   10650

SHELL OIL COMPANY
William Simon, Esq.
Howrey & Simon
1730 Pennsylvania Ave., N.W.
Washington, D.C.   20006

JPML FORM 3

p. 1

COMMON PARTY CHECKLIST -- JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

DOCKET NO. 396 -- IN RE GASOLINE LESSEE DEALERS ANTITRUST LITIGATION

| Name of Party | Named as Party in Following Actions |
|---|---|
| MOBIL OIL CORPORATION ✓ | A-1 A-2 A-3 A-4 A-5 A-6 A-7 A-8 |
| GULF OIL CORPORATION ✓ | A-7 A-8 ✓ |
| AMERICAN OIL COMPANY AMOCO ✓ | A-7 A-8 |
| HUMBLE OIL & REFINING CO. | A-8 |
| PHILLIPS PETROLEUM CO. ✓ | A-7 A-8 ✓ |
| SHELL OIL COMPANY ○ | A-7 A-8 |
| SUN OIL COMPANY ✓ | A-7 A-8 ✓ |
| TEXACO, INC. ✓ | A-7 A-8 ✓ |
| CITIES SERVICE OIL CO. ✓ | A-7 A-8 ✓ |
| ATLANTIC RICHFIELD COMPANY ○ | A-7 A-8 ✓ |
| UNION OIL CO. OF CALIF. ✓ XUNION 76 DIVISION | A-7 A-8 ✓ |

p. _____

| | |
|---|---|
| EXXON CORPORATION ✓ | A-8 |
| AMERADA HESS CORP<br>Hess Oil and ✓<br>Petroleum Division | A-8 |
| GETTY OIL COMPANY ✓ | A-8 |
| STANDARD OIL OF OHIO<br>*See Chevron* | A-8 |
| STANDARD OIL COMPANY<br>OF CALIFORNIA<br>*See Chevron* | A-8 |
| B.P. Oil, Inc. ✓ | ✓ |
| Chevron U.S.A.<br>Inc. ✓ | ✓ |
| ~~scribbled out~~ | |
| | |
| | |
| | |

p. _____